United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DANIEL SCHATT and JOSEPH PODULKA

      Defendants.

No.  CR 24-00243 WHA

**ORDER RE RESTITUTION HEARING**

A hearing on restitution is set for 11:00 a.m. on October 23, 2025 in person in Courtroom 12.  The parties have submitted a joint stipulation regarding restitution, which among other things proposes to vacate the hearing (Dkt. No. 122).  The hearing is not vacated and counsel for defendants, counsel for government, and the probation officer shall attend the hearing but defendants Daniel Schatt and Joseph Podulka are not required to attend the hearing.

      **IT IS SO ORDERED.**

Dated:  October 21, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE